| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

EARTHSNAP, INC. and ERIC RALLS, §
　　　　　　　　　　　　　　　　§
　　　　　Appellants, §
　　　　　　　　　　　　　　　　§
versus §　CIVIL ACTION NO. 6:25-CV-238
　　　　　　　　　　　　　　　　§
PLANTSNAP, INC., and DEJ PARTNERS, §
LLC, §
　　　　　　　　　　　　　　　　§
　　　　　Appellees. §

## ORDER

Appellants Earthsnap, Inc. and Eric Ralls's Unopposed Motion to Consolidate Cases (#9) is GRANTED. Accordingly, the Clerk of the Court is directed to consolidate Docket No. 6:25-CV-260 with the above styled action. **All further proceedings should therefore be filed under Docket No. 6:25-CV-238**.

SIGNED at Beaumont, Texas, this 27th day of August, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE